UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Michael BLAIR,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>B. DAVIS, et. al.,<br><br>　　　　　　Defendant. | CV F- 06-0983 AWI DLB P<br><br>ORDER DIRECTING PLAINTIFF TO SUBMIT USM 285 FORMS |

　　　　Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights complaint filed on July 28, 2006. The complaint appears to a cognizable claims for relief for violation of the Eighth Amendment against defendants Davis, Adams, Wan and Sherman. Accordingly, IT IS HEREBY ORDERED that:

　　　　1.　　Service is appropriate for defendants Davis, Adams, Wan and Sherman.

　　　　2.　　The Clerk of the Court shall send Plaintiff four (4) USM-285 forms, four (4) summons, a Notice of Submission of Documents form, an instruction sheet and a copy of the complaint filed July 28, 2006.

　　　　3.　　Within THIRTY (30) DAYS from the date of this Order, Plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the Court with the following documents:

| | | |
|---|---|---|
| 1 | a. | Completed summons; |
| 2 | b. | One completed USM-285 form for each defendant listed above; and |
| 3 | c. | Five (5) copies of the endorsed complaint filed July 28, 2006. |

4. Plaintiff need not attempt service on Defendants and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named Defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5. <u>The failure to comply with this Order will result in a Recommendation that this action be dismissed.</u>

IT IS SO ORDERED.

Dated:   **January 30, 2008**                        /s/ **Dennis L. Beck**
                                                               UNITED STATES MAGISTRATE JUDGE