IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

MICHAEL S. BLAIR,                              1:06-cv-00983-AWI-DLB (PC)

      Plaintiff,

vs.                                            FINDINGS AND RECOMMENDATION TO
                                               DISMISS CASE FOR PLAINTIFF'S
                                               FAILURE TO PROSECUTE
CALIFORNIA DEPARTMENT OF
CORRECTIONS, et al,

      Defendants.

_____/

      Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. section 1983.

      On January 31, 2008, the court issued an order and served the order on plaintiff.  On February 11, 2008, the order served on plaintiff was returned by the U.S. Postal Service as undeliverable.

      Pursuant to Local Rule 83-183(b), a party appearing in propria persona is required to keep the court apprised of his or her current address at all times.  Local Rule 83-183(b) provides, in pertinent part:

1 /////

2         If mail directed to a plaintiff in propria

3         persona by the Clerk is returned by the U.S.
Postal Service, and if such plaintiff fails
to notify the Court and opposing parties

4         within sixty (60) days thereafter of a
current address, the Court may dismiss the

5         action without prejudice for failure to
prosecute.

6

7 In the instant case, sixty days have passed since plaintiff's

8 mail was returned and he has not notified the court of a current

9 address.

10         In determining whether to dismiss an action for lack of

11 prosecution, the court must consider several factors: (1) the

12 public's interest in expeditious resolution of litigation; (2)

13 the court's need to manage its docket; (3) the risk of prejudice

14 to the defendants; (4) the public policy favoring disposition of

15 cases on their merits; and (5) the availability of less drastic

16 sanctions.  Henderson v. Duncan, 779 F.2d 1421, 1423 (9th Cir.

17 1986); Carey v. King, 856 F.2d 1439 (9th Cir. 1988).  The court

18 finds that the public's interest in expeditiously resolving this

19 litigation and the court's interest in managing the docket weigh

20 in favor of dismissal, as this case has been pending since July

21 28, 2006.  The court cannot hold this case in abeyance

22 indefinitely based on plaintiff's failure to notify the court of

23 his address.  The third factor, risk of prejudice to defendants,

24 also weighs in favor of dismissal, since a presumption of injury

25 arises from the occurrence of unreasonable delay in prosecuting

26 an action.  Anderson v. Air West, 542 F.2d 522, 524 (9th Cir.

27 1976).  The fourth factor -- public policy favoring disposition

28 of cases on their merits -- is greatly outweighed by the factors

1  in favor of dismissal discussed herein.  Finally, given the

2  court's inability to communicate with plaintiff based on

3  plaintiff's failure to keep the court apprised of his current

4  address, no lesser sanction is feasible.

5  **RECOMMENDATION**

6         Accordingly, the court HEREBY RECOMMENDS that this

7  action be dismissed for plaintiff's failure to prosecute.

8         These findings and recommendations are submitted to the

9  United States District Judge assigned to the case, pursuant to

10 the provisions of Title 28 U.S.C. § 636(b)(l).  Within thirty

11 days after being served with these findings and recommendations,

12 any party may file written objections with the court and serve a

13 copy on all parties.  Such a document should be captioned

14 "Objections to Magistrate Judge's Findings and Recommendations."

15 Any reply to the objections shall be served and filed within ten

16 days after service of the objections.  The parties are advised

17 that failure to file objections within the specified time may

18 waive the right to appeal the District Court's order.  Martinez

19 v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

20

21     IT IS SO ORDERED.

22     **Dated:   April 28, 2008**          **/s/ Dennis L. Beck**
                                       UNITED STATES MAGISTRATE JUDGE

23

24

25

26

27

28