UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL S. BLAIR, ) | CV F- 06-0983 AWI DLB P |
| ) | |
| Plaintiff, ) | ORDER ADOPTING FINDINGS AND |
| ) | RECOMMENDATIONS, AND |
| v. ) | DISMISSING CASE FOR |
| ) | PLAINTIFF'S FAILURE TO |
| B. DAVIS, et. al., ) | PROSECUTE |
| ) | |
| Defendants. ) | |
| ) | |

Plaintiff Michael S. Blair ("plaintiff") is proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On April 28, 2008, the Magistrate Judge filed a Findings and Recommendations herein which was served on plaintiff and which contained notice to plaintiff that any objections to the Findings and Recommendations were to be filed within thirty days.[1] Plaintiff did not file timely objections to the Findings and Recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire file, the Court finds the Findings and

---

[1] The United States Postal Service returned the Findings and Recommendations on May 9, 2008 as undeliverable. However, plaintiff has not notified the court of any change in his address. Absent such notice, service at a party's prior address is fully effective. Local Rule 83-182(f).

Recommendations to be supported by the record and by proper analysis.

      Accordingly, IT IS HEREBY ORDERED that:

      1.    The Findings and Recommendations, filed April 28, 2008, is adopted in full; and

      2.    This action is dismissed in its entirety based on plaintiff's failure to prosecute.

IT IS SO ORDERED.

**Dated:   June 10, 2008**                                          /s/ Anthony W. Ishii
                                                                UNITED STATES DISTRICT JUDGE